IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              Plaintiff,    )<br>                                          )<br>vs.                                    )<br>                                          )<br>ROBERT E. WAGER, JR.,            )<br>                              Defendant.  )<br>_____) | Case No. 11-40100-01-RDR |

### ORDER FOR CONTINUANCE

**NOW** on this 11th day of January, 2012, the above-entitled matter comes before the Court on the motion of counsel for the accused for an order continuing the motions hearing herein and setting this matter for a change of plea hearing. The Court, after reviewing the motion and being fully advised in the premises, finds that there exists good cause for the motion, and that the motion should therefore be sustained.

The Court finds that the parties have entered into a plea agreement, and there is no longer a need for a motions hearing.

The Court further finds that the period of delay resulting from the continuance granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7)(A), and that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that the motions hearing is hereby continued from January 11, 2012, and this matter scheduled for a change of plea hearing on February 8, 2012 at 9:30 a.m., and the period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A).

                              s/Richard D. Rogers
                              United States District Judge